Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Catherine Lydia

versus

Walmart

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

**ORIGINAL COMPLAINT**

On 11-7-2020 I was going inside of Walmart & it was rainy this day.

There was some water from the rain on the floor & a Walmart employee was there with a bucket & looked liked a flat push mop. The caution signs were by the entrance gate to go into the store rather than were he was mopping at. I was looking for a basket & could'nt find one & when I did see one I was going to get it & I fell & hurt my knee & back. The other Walmart lady just stood there & I got up limping & the guy started mopping up where I fell down. I asked for a manager & I sat in a riding chair for 5x3 about 10 minutes & was giving a ice pack. I continued in the store when I felt better. I then went home & really starting hurting & went to the hospital.

I then notify Heeman & Heeman & was speaking to a Rodney Glenn who I thought was the Attorney but he was a legal Assistant. He would never return no calls unless I left a detailed message. He sent me to a Dr & Mr. Glenn started communicating with a Jennifer Perzinski Case Manager From Walmart. After my completion with the Dr he informed me there was nothing else that could be done because Walmart Denied the Claim & I told him I want to go to trial.

After no Response I contacted Jennifer Perzinski & she said Mr. Glenn couldn't Represent me if she was going to speak to me so I wrote a letter on 4-12-21 Dismissing Mr Glenn & Ms Perzinski played back the Tape but wouldn't let me see the whole Tape.

Thank you

[signature]